FILED: July 1, 2014

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 13-1473
(1:12-cv-00212-JKB)

_____

REYA C. BOYER-LIBERTO

      Plaintiff - Appellant

v.

FONTAINEBLEAU CORPORATION, trading as Clarion Resort Fontainebleau
Hotel; LEONARD P. BERGER

      Defendants - Appellees

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; METROPOLITAN
WASHINGTON EMPLOYMENT LAWYERS ASSOCIATION; PUBLIC
JUSTICE CENTER

      Potential Amici Curiae

_____

O R D E R

_____

A majority of judges in regular active service and not disqualified having

voted in a requested poll of the court to grant the petition for rehearing en banc,

IT IS ORDERED that rehearing en banc is granted.

Counsel shall file 15 additional paper copies of all briefs and appendices previously filed in this case within 10 days.

This case is calendared for oral argument on 9/18/2014.

For the Court

/s/ Patricia S. Connor, Clerk